CRANDALL, Respondent, v. HARRINGTON, Appellant. (Supreme Court, Appellate Division, Third Department. January 21, 1914.) Action by Floyd S. Crandall against

Charles D. Harrington, as executor, etc. No opinion. Judgment unanimously affirmed, with costs.